AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| United States of America | ) | |
|---|---|---|
| v. | ) | |
|  | ) | Case No. 13-8334-JMH |
| Ovidiu George Ioan | ) | |
|  | ) | |
|  | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 28, 2013__ in the county of __Palm Beach__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1029(a)(3). | Knowingly and with the Intent to Defraud Possess Fifteen (15) or more Counterfeit Access Devices |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

*I find probable cause*

_____
*Complainant's signature*

U.S. Secret Service S/A Charles Callahan
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 07/17/2013

_____
*Judge's signature*

City and state: West Palm Beach, FL

Hon. James M. Hopkins, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT

I, Charles Callahan, being duly sworn, depose and state as follows:

1. I have been employed as a Special Agent with the United States Secret Service since May, 2011. As part of my duties with the United States Secret Service, I have gained experience investigating violations of federal laws pertaining to access device fraud. Prior to joining the USSS, I spent fourteen (14) years as a deputy sheriff with the Jefferson Parish Sheriff's Office in Louisiana, where I was most recently assigned as a detective in the Economic Crimes Unit.

2. The information contained in this affidavit is based upon my own knowledge as well as information provided to me by other law enforcement officers. This affidavit is being submitted for the limited purpose of establishing probable cause to charge Ovidiu George Ioan with violating Title 18, United States Code, Section 1029(a)(3). As such, this affidavit does not contain all the facts known to me regarding this investigation.

3. This investigation originated when the West Palm Beach Resident Office of the United States Secret Service was contacted by Boca Raton Police Department Detective Karl Leonard regarding a subject using unauthorized access devices, that is, plastic cards containing a magnetic strip with bank account numbers encoded on them.

4. On July 16, 2013, Officer Dean Coviello came into contact with an individual later identified as Ovidiu George Ioan outside of the Publix Store located at 3003 West Yamato Road, Boca Raton, Florida. Officer Coviello, who was in his police uniform, asked Ovidiu George Ioan for identification. Ovidiu George Ioan produced a purported Canadian Driver's License which appeared to Officer Coviello to be counterfeit. Dispatch advised Officer Coviello that there was no record for that driver's license number.

1

5. During this time, Officer Laura McHugh arrived on the scene. When asked, Ovidiu George Ioan gave Officer Coviello permission to conduct a pat-down search of his person for weapons. The pat-down search revealed no weapons on Ovidiu George Ioan's person. However, during the pat down search, Officer Coviello felt outside of Ovidiu George Ioan's shorts' pocket what appeared to be plastic cards. Officer Coviello also observed in plain view several plastic cards, which were gray in color, inside Ovidiu George Ioan's shirt pocket. It should be noted that Ovidiu George Ioan was wearing a pink colored shirt. Ovidiu George Ioan then consented to Officer Coviello removing the contents from inside his pockets. A search of Ovidiu George Ioan revealed, among other things, two (2) plastic cards with magnetic strips (shirt pocket); two lottery tickets (shirt pocket); (12) plastic cards with magnetic strips (pants pocket); a WalMart card inside his wallet (pants pocket); $150 in U.S. currency (pants pocket); a set of keys (pants pocket); and a customer receipt from Western Union (pants pocket).

6. After making these discoveries, Officer Coviello advised Ovidiu George Ioan of his rights under *Miranda*, which he verbally waived. During his post-*Miranda* interview, Ovidiu George Ioan showed Officer Coviello where he had parked his vehicle. Ovidiu George Ioan was eventually placed under arrest and transported to the Boca Raton Police Department.

7. Officer Laura McHugh conducted an inventory search consistent with the written policy of the Boca Raton Police Department of Ovidiu George Ioan's vehicle, which was also an overdue rent-a-car. The inventory search yielded (25) plastic cards with a corresponding magnetic strip.

8. A preliminary search on the aforementioned cards revealed: six (6) of the cards had magnetic strips which were encoded with account numbers assigned to NatWest; six (6) of the cards

had magnetic strips which were encoded with account numbers assigned to HSBC Bank UK; ten (10) of the cards had magnetic strips which were encoded with account numbers assigned to Lloyds TSB Bank UK; six (6) of the cards had magnetic strips which were encoded with account numbers assigned to Santander UK. Your affiant is aware that the aforementioned bank / financial institutions engage in foreign commerce. One of the cards having a magnetic strip which was encoded with an account number assigned to Santander UK had been accessed to withdraw $200 on July 15, 2013.

9. I conducted a post-*Miranda* interview of Ovidiu George Ioan, during which, he admitted to receiving the plastic cards from a subject, who he refused to identify. Ovidiu George Ioan stated he would take the cards to various ATM's and make cash withdrawals. Ovidiu George Ioan said he would keep (25%) of the cash that was withdrawn and would deliver the balance of the money to the subject who provided him with the cards.

10. WHEREFORE, based on the foregoing, I respectfully submit that probable cause exists to charge Ovidiu George Ioan with violating Title 18, United States Code, Section 1029(a)(3).

Further Your Affiant Sayeth Naught

Special Agent Charles Callahan
United States Secret Service

Sworn to and subscribed before me
this __/7__ day of July, 2013,
in West Palm Beach, Florida.

HONORABLE JAMES M. HOPKINS
UNITED STATES MAGISTRATE JUDGE

3